IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER HOUSLEY
and ALONZO REAVES                                                          PLAINTIFFS

v.                                                                CAUSE NO. 1:14CV205-LG-JCG

HARRISON COUNTY, MISSISSIPPI, ET AL.                          DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Defendants' motion for summary judgment, and in accordance with the Court's Order entered thereupon,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants. Plaintiffs' claims against the Defendants are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE